# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AK STEEL CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>MECHEL NORTH AMERICA<br>SALES CORPORATION f/k/a<br>BLUESTONE COAL SALES CORPORATION,<br>a Delaware corporation, MECHEL BLUESTONE,<br>INC., a Delaware corporation;<br><br>      Defendants.<br><hr><br>MECHEL NORTH AMERICA<br>SALES CORPORATION f/k/a<br>BLUESTONE COAL SALES CORPORATION,<br>a Delaware corporation, MECHEL BLUESTONE,<br>INC., a Delaware corporation;<br><br>      Counter-Plaintiffs,<br>v.<br><br>AK STEEL CORPORATION,<br><br>      Counter-Defendant. | Case No. 1:14-cv-03286<br>Judge: Ronald A. Guzman<br><br>Magistrate Judge: Susan E. Cox |

## FINAL JUDGMENT

On April 24, 2015, the Court entered an order [Dkt. #71] granting the Motion for Summary Judgment [Dkt. #60] filed by Plaintiff on Count I of its Second Amended Complaint, granting Defendants' Motion for Summary Judgment [Dkt. #66] on Count I of their Counterclaim and Denying Defendants' Motion for Summary Judgment on Count II of their Counterclaim.

Pursuant to the order entered on April 24, 2015, Plaintiff is entitled to recover on Count I of its Second Amended Complaint against both defendants in the principal amount of $7.2 million, plus pre-judgment interest of $403,178.08 through June 23, 2015, for a total of $7,603,178.08.

Pursuant to the order entered on April 24, 2015, Defendants are entitled to recover on Count I of their Counterclaim against Plaintiff in the principal amount of $1,999,501.35, plus pre-judgment interest of $145,642.07, through June 23, 2015, for a total of $2,145,143.42.

Pursuant to the order entered on April 24, 2015, Count II of Defendants' Counterclaim is dismissed with prejudice for the reasons set forth in said order.

The parties have agreed not to seek recovery herein of their costs and attorneys' fees as part of the final judgment.

After subtracting the amount owed to Defendants by Plaintiff ($2,145,143.42) from the amount owed to Plaintiff by Defendants ($7,603,178.08), the amount Plaintiff is entitled to recover from Defendants is $5,458,034.66.

**IT IS THEREFORE ORDERED AND ADJUDGED THAT:**

Final judgment is hereby entered in favor of Plaintiff, AK STEEL CORPORATION, and against, MECHEL NORTH AMERICA SALES CORPORATION f/k/a BLUESTONE COAL SALES CORPORATION and MECHEL BLUESTONE, INC. jointly and severally, in the amount of FIVE MILLION FOUR HUNDRED FIFTY EIGHT THOUSAND AND THIRTY FOUR DOLLARS and 66/100 ($5,458,034.66).

**IT IS FURTHER ORDERED AND ADJUDGED THAT:**

Post-judgment interest shall accrue on the principal and prejudgment interest awarded in this Judgment from the date of entry of this Judgment until paid in full, at the rate established under 28 U.S.C. §1961.

**IT IS FURTHER ORDERED AND ADJUDGED THAT:**

This Court shall retain jurisdiction of this action for purposes of enforcing this Judgment.

**IT IS SO ORDERED.**

                                                    **ENTER:**

Dated: June 23, 2015

*/s/ Ronald A. Guzman*
The Honorable Ronald A. Guzman
U.S. District Court Judge

William C. Schaefer (P26495)
Edward S. Toth (P44734)
Barbara D. Urlaub (P38290)
Attorneys for Plaintiff AK Steel Corporation
Driggers, Schultz & Herbst, P.C.
2600 W. Big Beaver Road, Suite 550
Troy, Michigan 48084
(248) 649-6000 / (248) 649-6442 (fax)
wschaefer@driggersschultz.com
etoth@driggersschultz.com
burlaub@driggersschultz.com

Edward J. Underhill
Attorneys for Plaintiff AK Steel Corporation
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312) 245-7500 / (312) 245-7467 (fax)
eunderhill@masudafunai.com

N:\SYS08\14771\Lit\10001 Proposed Final Judgment Rev1.docx